UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL RANGLIN, | Case No.: 3:17-cv-02852-MAS-TJB |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| BLOOMBERG FINANCE, LP AND MODIS, INC., | |
| Defendants. | |

Plaintiff Michael Ranglin, by and through his respective attorneys of record, stipulates and agrees that the claims in the Complaint filed in the above-captioned action, asserted against Defendant Bloomberg Finance, LP and Defendant Modis, Inc. are dismissed in their entirety with prejudice, with each party to bear his/its own costs and attorneys' fees.

SWARTZ SWIDLER, LLC
Attorneys for Plaintiff Michael Ranglin

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
Attorneys for Defendant Modis, Inc.

By: */s/ Daniel A. Horowitz*
　　Daniel A. Horowitz

By: */s/ Jacqueline R. Barrett*
　　Jacqueline R. Barrett

Dated: January 16, 2019

Dated: February 5, 2019

EPSTEIN BECKER GREEN
Attorneys for Defendant Bloomberg Finance, LP

By: */s/ David W. Garland*
　　David W. Garland

Dated: February 5, 2019